IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT G. HARKEY,

                Plaintiff,                      ORDER

      v.                                    3:07-cv-332-bbc

BECKY DRESSLER, Manager, SCI, HSU;
PATTY SCHERREIKS, Registered Nurse, SCI, HSU;
and EMILY BOWE, Sgt., SCI Security Staff,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In response to this court's order of November 26, 2007, plaintiff has advised the court that he will dismiss voluntarily his case against defendant Dressler, rather than pursue the action in a separate lawsuit as required by Fed. R. Civ. P. 20 and George v. Smith, ---F.3d ---, No. 07-1325 (7th Cir. Nov. 9, 2007). Therefore, plaintiff's action against defendant Dressler will be dismissed.

ORDER

IT IS ORDERED that plaintiff's action against defendant Becky Dressler is

DISMISSED without prejudice.

Further, IT IS ORDERED, that the stay imposed on November 26, 2007 is LIFTED.

Entered this 17th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2